**United States District Court for the Eastern District of Pennsylvania**

Advantage Point, LP

CASE NO. 5:25-cv-02403-CH

vs.

**AFFIDAVIT OF SERVICE**

**Maxatawny Township Municipal Authority, et al.**

_____/

Commonwealth of Pennsylvania
County of Dauphin    ss:

I, **Chad Spotts**, a competent adult, being duly sworn according to law, depose and say that at **11:18 AM** on **05/21/2025**, I served **Joshua Tucker** at **127 Quarry Road #1 & #2, Kutztown, PA 19530** in the manner described below:

☐    Subject personally served.

☐    Adult family member with whom said Subject resides.
Relationship is _____.

☐    Adult in charge of Subject's residence who refused to give name and/or relationship.

☐    Manager/Clerk of place of lodging in which Subject resides.

☐    Agent or person in charge of Subject's office or usual place of business.

☐    _____ an officer of said entity.

☑    **Other: Served Tricia Green, Administrator, Maxatawny Township Municipal Authority.**

a true and correct copy of **Summons in a Civil Action; Civil Cover Sheet; Verified Complaint; Exhibits; Plaintiff's Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery; Order; Memorandum of Law in Support of the Motion for a Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery; Certificate of Service; Order; Order** issued in the above captioned matter.

Description:
Sex: **Female** Skin: **White** Age: **50** Hair: **Brown** Height: **5ft 08in** Weight: **150 lbs**

Sworn to and subscribed before me this
___ day of ___May___ ,2025.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
John F. Shinkowsky, Notary Public
Dauphin County
My commission expires September 28, 2026
Commission number 1151303
Member, Pennsylvania Association of Notaries

X_____
Chad Spotts
Shinkowsky Investigations
PO Box 126538
Harrisburg, PA 17112
(800) 276-0202
Atty File#: - Our File#: **89601**

Law Firm: **Kang Haggerty, LLC**
Address: **123 South Broad Street, Suite 1950, Philadelphia, PA 19109**
Telephone: **(215) 525-5850**



### United States District Court for the Eastern District of Pennsylvania

Advantage Point, LP

vs.

**Maxatawny Township Municipal Authority, et al.**

_____/

**CASE NO. 5:25-cv-02403-CH**

**AFFIDAVIT OF SERVICE**

Commonwealth of Pennsylvania
County of Dauphin    ss:

I, **Chad Spotts**, a competent adult, being duly sworn according to law, depose and say that at **11:18 AM** on **05/21/2025**, I served **Judy Daub** at **127 Quarry Road #1 & #2, Kutztown, PA 19530** in the manner described below:

☐     Subject personally served.

☐     Adult family member with whom said Subject resides.
Relationship is _____.

☐     Adult in charge of Subject's residence who refused to give name and/or relationship.

☐     Manager/Clerk of place of lodging in which Subject resides.

☐     Agent or person in charge of Subject's office or usual place of business.

☐     _____ an officer of said entity.

☑     **Other: Served Tricia Green, Administrator, Maxatawny Township Municipal Authority.**

a true and correct copy of **Summons in a Civil Action; Civil Cover Sheet; Verified Complaint; Exhibits; Plaintiff's Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery; Order; Memorandum of Law in Support of the Motion for a Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery; Certificate of Service; Order; Order** issued in the above captioned matter.

Description:
Sex: **Female** Skin: **White** Age: **50** Hair: **Brown** Height: **5ft 08in** Weight: **150 lbs**

Sworn to and subscribed before me this
22ᵈ day of ___May___ ,2025.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
John F. Shinkowsky, Notary Public
Dauphin County
My commission expires September 28, 2026
Commission number 1151303
Member, Pennsylvania Association of Notaries

X_____
Chad Spotts
Shinkowsky Investigations
PO Box 126538
Harrisburg, PA 17112
(800) 276-0202
Atty File#: - Our File#: **89602**

Law Firm: **Kang Haggerty, LLC**
Address: **123 South Broad Street, Suite 1950, Philadelphia, PA 19109**
Telephone: **(215) 525-5850**



### United States District Court for the Eastern District of Pennsylvania

| | |
|---|---|
| **Advantage Point, LP** | **CASE NO. 5:25-cv-02403-CH** |
| vs. | <u>**AFFIDAVIT OF SERVICE**</u> |
| **Maxatawny Township Municipal Authority, et al.** | |
| _____/ | |

Commonwealth of Pennsylvania
County of Dauphin     ss:

I, **Chad Spotts**, a competent adult, being duly sworn according to law, depose and say that at **11:18 AM** on **05/21/2025**, I served **Martin Kozlowski** at **127 Quarry Road #1 & #2, Kutztown, PA 19530** in the manner described below:

☐ Subject personally served.

☐ Adult family member with whom said Subject resides.
Relationship is _____.

☐ Adult in charge of Subject's residence who refused to give name and/or relationship.

☐ Manager/Clerk of place of lodging in which Subject resides.

☐ Agent or person in charge of Subject's office or usual place of business.

☐ _____ an officer of said entity.

☑ Other: <u>**Served Tricia Green, Administrator, Maxatawny Township Municipal Authority.**</u>

a true and correct copy of **Summons in a Civil Action; Civil Cover Sheet; Verified Complaint; Exhibits; Plaintiff's Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery; Order; Memorandum of Law in Support of the Motion for a Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery; Certificate of Service; Order; Order** issued in the above captioned matter.

Description:
Sex: **Female** Skin: **White** Age: **50** Hair: **Brown** Height: **5ft 08in** Weight: **150 lbs**

Sworn to and subscribed before me this
22nd day of _____May_____,2025.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
John F. Shinkowsky, Notary Public
Dauphin County
My commission expires September 28, 2026
Commission number 1151303
Member, Pennsylvania Association of Notaries

X_____
Chad Spotts
Shinkowsky Investigations
PO Box 126538
Harrisburg, PA 17112
(800) 276-0202
Atty File#: - Our File#: **89603**

Law Firm: **Kang Haggerty, LLC**
Address: **123 South Broad Street, Suite 1950, Philadelphia, PA 19109**
Telephone: **(215) 525-5850**



## United States District Court for the Eastern District of Pennsylvania

| | |
|---|---|
| **Advantage Point, LP** | **CASE NO. 5:25-cv-02403-CH** |
| vs. | **AFFIDAVIT OF SERVICE** |
| **Maxatawny Township Municipal Authority, et al.** | |

_____/

Commonwealth of Pennsylvania
County of Dauphin    ss:

I, **Chad Spotts**, a competent adult, being duly sworn according to law, depose and say that at **11:18 AM** on **05/21/2025**, I served **Michael Berger** at **127 Quarry Road #1 & #2, Kutztown, PA 19530** in the manner described below:

☐    Subject personally served.

☐    Adult family member with whom said Subject resides.
Relationship is _____.

☐    Adult in charge of Subject's residence who refused to give name and/or relationship.

☐    Manager/Clerk of place of lodging in which Subject resides.

☐    Agent or person in charge of Subject's office or usual place of business.

☐    _____ an officer of said entity.

☑    **Other: <u>Served Tricia Green, Administrator, Maxatawny Township Municipal Authority.</u>**

a true and correct copy of **Summons in a Civil Action; Civil Cover Sheet; Verified Complaint; Exhibits; Plaintiff's Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery; Order; Memorandum of Law in Support of the Motion for a Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery; Certificate of Service; Order; Order** issued in the above captioned matter.

Description:
Sex: **Female** Skin: **White** Age: **50** Hair: **Brown** Height: **5ft 08in** Weight: **150 lbs**

Sworn to and subscribed before me this
____ day of ____ May ____,2025.

_____
Notary Public

| Commonwealth of Pennsylvania - Notary Seal |
|---|
| John F. Shinkowsky, Notary Public |
| Dauphin County |
| My commission expires September 28, 2026 |
| Commission number 1151303 |
| Member, Pennsylvania Association of Notaries |

X_____
Chad Spotts
Shinkowsky Investigations
PO Box 126538
Harrisburg, PA 17112
(800) 276-0202
Atty File#: - Our File#: **89605**

Law Firm: **Kang Haggerty, LLC**
Address: **123 South Broad Street, Suite 1950, Philadelphia, PA 19109**
Telephone: **(215) 525-5850**



**United States District Court for the Eastern District of Pennsylvania**

Advantage Point, LP

vs.

**Maxatawny Township Municipal Authority, et al.**

_____/

CASE NO. **5:25-cv-02403-CH**

<u>**AFFIDAVIT OF SERVICE**</u>

Commonwealth of Pennsylvania
County of Dauphin    ss:

I, **Chad Spotts**, a competent adult, being duly sworn according to law, depose and say that at **11:18 AM** on **05/21/2025**, I served **Stephen Price** at **127 Quarry Road #1 & #2, Kutztown, PA 19530** in the manner described below:

☐    Subject personally served.

☐    Adult family member with whom said Subject resides.
Relationship is _____.

☐    Adult in charge of Subject's residence who refused to give name and/or relationship.

☐    Manager/Clerk of place of lodging in which Subject resides.

☐    Agent or person in charge of Subject's office or usual place of business.

☐    _____ an officer of said entity.

☑    **Other: <u>Served Tricia Green, Administrator, Maxatawny Township Municipal Authority.</u>**

a true and correct copy of **Summons in a Civil Action; Civil Cover Sheet; Verified Complaint; Exhibits; Plaintiff's Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery; Order; Memorandum of Law in Support of the Motion for a Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery; Certificate of Service; Order; Order** issued in the above captioned matter.

Description:
Sex: **Female** Skin: **White** Age: **50** Hair: **Brown** Height: **5ft 08in** Weight: **150 lbs**

Sworn to and subscribed before me this
21ˢᵗ day of ____May____ 2025.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
John F. Shinkowsky, Notary Public
Dauphin County
My commission expires September 28, 2026
Commission number 1151303
Member, Pennsylvania Association of Notaries

X__________
Chad Spotts
Shinkowsky Investigations
PO Box 126538
Harrisburg, PA 17112
(800) 276-0202
Atty File#: - Our File#: **89607**

Law Firm: **Kang Haggerty, LLC**
Address: **123 South Broad Street, Suite 1950, Philadelphia, PA 19109**
Telephone: **(215) 525-5850**



**United States District Court for the Eastern District of Pennsylvania**

**Advantage Point, LP**

vs.

**Maxatawny Township Municipal Authority, et al.**

_____/

**CASE NO. 5:25-cv-02403-CH**

**AFFIDAVIT OF SERVICE**

Commonwealth of Pennsylvania
County of Dauphin    ss:

I, **Chad Spotts**, a competent adult, being duly sworn according to law, depose and say that at **11:18 AM** on **05/21/2025**, I served **Steve Haring** at **127 Quarry Road #1 & #2, Kutztown, PA 19530** in the manner described below:

☐    Subject personally served.

☐    Adult family member with whom said Subject resides. Relationship is _____.

☐    Adult in charge of Subject's residence who refused to give name and/or relationship.

☐    Manager/Clerk of place of lodging in which Subject resides.

☐    Agent or person in charge of Subject's office or usual place of business.

☐    _____ an officer of said entity.

☑    **Other: <u>Served Tricia Green, Administrator, Maxatawny Township Municipal Authority.</u>**

a true and correct copy of **Summons in a Civil Action; Civil Cover Sheet; Verified Complaint; Exhibits; Plaintiff's Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery; Order; Memorandum of Law in Support of the Motion for a Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery; Certificate of Service; Order; Order** issued in the above captioned matter.

Description:
Sex: **Female** Skin: **White** Age: **50** Hair: **Brown** Height: **5ft 08in** Weight: **150 lbs**

Sworn to and subscribed before me this ____ day of _____ ,2025.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
John F. Shinkowsky, Notary Public
Dauphin County
My commission expires September 28, 2026
Commission number 1151303
Member, Pennsylvania Association of Notaries

X_____
Chad Spotts
Shinkowsky Investigations
PO Box 126538
Harrisburg, PA 17112
(800) 276-0202
Atty File#: - Our File#: **89608**

Law Firm: **Kang Haggerty, LLC**
Address: **123 South Broad Street, Suite 1950, Philadelphia, PA 19109**
Telephone: **(215) 525-5850**



**United States District Court for the Eastern District of Pennsylvania**

| | |
|---|---|
| **Advantage Point, LP** | **CASE NO. 5:25-cv-02403-CH** |
| vs. | <u>**AFFIDAVIT OF SERVICE**</u> |
| **Maxatawny Township Municipal Authority, et al.** | |

_____/

Commonwealth of Pennsylvania
County of Dauphin     ss:

I, **Chad Spotts**, a competent adult, being duly sworn according to law, depose and say that at **11:18 AM** on **05/21/2025**, I served **Steve Wehr** at **127 Quarry Road #1 & #2, Kutztown, PA 19530** in the manner described below:

☐      Subject personally served.

☐      Adult family member with whom said Subject resides.
Relationship is _____.

☐      Adult in charge of Subject's residence who refused to give name and/or relationship.

☐      Manager/Clerk of place of lodging in which Subject resides.

☐      Agent or person in charge of Subject's office or usual place of business.

☐      _____ an officer of said entity.

☑      **Other: <u>Served Tricia Green, Administrator, Maxatawny Township Municipal Authority.</u>**

a true and correct copy of **Summons in a Civil Action; Civil Cover Sheet; Verified Complaint; Exhibits; Plaintiff's Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery; Order; Memorandum of Law in Support of the Motion for a Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery; Certificate of Service; Order; Order** issued in the above captioned matter.

Description:
Sex: **Female** Skin: **White** Age: **50** Hair: **Brown** Height: **5ft 08in** Weight: **150 lbs**

Sworn to and subscribed before me this
22nd day of ___May___ ,2025.

_____
Notary Public

> Commonwealth of Pennsylvania - Notary Seal
> John F. Shinkowsky, Notary Public
> Dauphin County
> My commission expires September 28, 2026
> Commission number 1151303
> Member, Pennsylvania Association of Notaries

X_____
Chad Spotts
Shinkowsky Investigations
PO Box 126538
Harrisburg, PA 17112
(800) 276-0202
Atty File#: - Our File#: **89609**

Law Firm: **Kang Haggerty, LLC**
Address: **123 South Broad Street, Suite 1950, Philadelphia, PA 19109**
Telephone: **(215) 525-5850**



## United States District Court for the Eastern District of Pennsylvania

**Advantage Point, LP**

**CASE NO. 5:25-cv-02403-CH**

vs.

**AFFIDAVIT OF SERVICE**

**Maxatawny Township Municipal Authority, et al.**

_____/

Commonwealth of Pennsylvania
County of Dauphin    ss:

I, **Chad Spotts**, a competent adult, being duly sworn according to law, depose and say that at **11:18 AM** on **05/21/2025**, I served **Steven Moyer** at **127 Quarry Road #1 & #2, Kutztown, PA 19530** in the manner described below:

☐    Subject personally served.

☐    Adult family member with whom said Subject resides.
Relationship is _____.

☐    Adult in charge of Subject's residence who refused to give name and/or relationship.

☐    Manager/Clerk of place of lodging in which Subject resides.

☐    Agent or person in charge of Subject's office or usual place of business.

☐    _____ an officer of said entity.

☑    **Other: <u>Served Tricia Green, Administrator, Maxatawny Township Municipal Authority.</u>**

a true and correct copy of **Summons in a Civil Action; Civil Cover Sheet; Verified Complaint; Exhibits; Plaintiff's Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery; Order; Memorandum of Law in Support of the Motion for a Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery; Certificate of Service; Order; Order** issued in the above captioned matter.

Description:
Sex: **Female** Skin: **White** Age: **50** Hair: **Brown** Height: **5ft 08in** Weight: **150 lbs**

Sworn to and subscribed before me this
22ⁿᵈ day of ____May____ ,2025.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
John F. Shinkowsky, Notary Public
Dauphin County
My commission expires September 28, 2026
Commission number 1151303
Member, Pennsylvania Association of Notaries

X_____
Chad Spotts
Shinkowsky Investigations
PO Box 126538
Harrisburg, PA 17112
(800) 276-0202
Atty File#: - Our File#: **89610**

Law Firm: **Kang Haggerty, LLC**
Address: **123 South Broad Street, Suite 1950, Philadelphia, PA 19109**
Telephone: **(215) 525-5850**

